# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **JUDGMENT IN A CIVIL CASE**

**DAVID WILLIAM ARNOLD,**

    vs.                    **CASE NUMBER:   5:10-CV-1043 MAD/ATB**

**DAMIAN ULATOWSKI,**

  **X**    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion for summary judgment is **GRANTED** in its entirety; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendant's favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 4th day of April, 2012.

DATED: April 4, 2012

                                                S/
                                        Britney Norton, Deputy Clerk

*Lawrence K. Baerman*
Clerk of Court